UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 16-1966-GW(DTBx) | Date | April 26, 2017 |
| Title | *Hoang Minh Le, et al. v. Efthimios Glentis, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** ORDER TO SHOW CAUSE RE: SETTLEMENT

On April 25, 2017, Plaintiff Hoang Minh Le filed a Notice of Settlement. The Court sets an Order to Show Cause hearing re: Settlement for June 26, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on June 23, 2017.

All previously set deadlines and dates are vacated and taken off-calendar. The order to show cause issued on April 24, 2017 is discharged.

  :  

Initials of Preparer   JG